EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    José M. Jiménez Román | 2001 TSPR 65 |

Número del Caso: TS-10893


Fecha: 4/mayo/2001


Colegio de Abogados de Puerto Rico:
                        Lcda. Mady Pacheco García de la Noceda

Oficina del Procurador General:

                                Lcda. Rosana Márquez Valencia
                                Procuradora General Auxiliar


Abogado de la Parte Querellada:

                                Por Derecho Propio

Materia: Solicitud de Reinstalación




        Este documento constituye un documento oficial del Tribunal Supremo que está
        sujeto a los cambios y correcciones del proceso de compilación y publicación
        oficial de las decisiones del Tribunal. Su distribución electrónica se hace
        como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José M. Jiménez Román                    TS-10893

RESOLUCIÓN

San Juan, Puerto Rico a 4 de mayo de 2001

Vistas la Moción en Cumplimiento de Resolución y Moción en Cumplimiento de Orden del Procurador General, se ordena la reinstalación del Lcdo. José M. Jiménez Román, a la práctica del ejercicio de la abogacía. Se ordena además, que se devuelva a la Comisión de Ética del Colegio de Abogados los documentos relacionados con la queja que estaba pendiente al momento del desaforo, para que dentro de un término de sesenta (60) días, contados a partir de la notificación de esta resolución, dicha comisión investigue e informe.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Fuster Berlingeri y Rivera Pérez no intervinieron.

Publíquese.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo